# United States Court of Appeals
## For the First Circuit

No. 23-1859

UNITED STATES,

Appellee,

v.

ANTONIO CASILLAS-MONTERO, a/k/a Stone City Kennel,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on September 16, 2025, is amended as follows:

On page 11, line 16, replace "[wa]s" with "[were]"

On page 15, line 11, replace "plead" with "pleaded"

On page 23, line 4, replace "challenge to the procedural reasonableness" with "challenge to procedural reasonableness"

On page 37, line 10, replace "to" with "on"